UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>DERUYTER BROTHERS DAIRY, INC.,<br><br>Defendant. | No. CV-08-3028-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**THE PARTIES** having filed a stipulation of voluntary dismissal pursuant to Fed.R.Civ.P.41(a)(1)(ii); Now, therefore

**IT IS HEREBY ORDERED:**

The complaint in this matter is dismissed with prejudice and each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order,d furnish copies to counsel.

**DATED** this ___15th___ day of May, 2009.

>           s/ Fred Van Sickle
>           Fred Van Sickle
> Senior United States District Judge

ORDER OF DISMISSAL- 1